*Exhibit A*

Bryan K. Hawker
Address for Plaintiff
8928 S. Black Pine St.
West Jordan, Utah 84088

> **If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.**

*Pro Se*

## IN THE THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| BRYAN K. HAWKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INC.; and DOES 1 through 5, inclusive, <br><br> Defendants. | **COMPLAINT** <br><br> Civil No. 250900245 <br><br> Judge: MQW |

Plaintiff, Bryan K. Hawker, pro se, hereby complains against Defendant Equifax, Inc. and Does 1-5, inclusive (collectively all "Defendants"), and alleges as follows:

### INTRODUCTION

This action is brought by Plaintiff, an individual with whom with Defendant Equifax, Inc., a credit reporting agency, reported inaccurate and unverified credit information regarding Plaintiff and upon written requests by Plaintiff, failed to investigate or respond to written requests pursuant to state and federal credit reporting laws. Plaintiff has incurred financial damages as a direct result of Defendant Equifax, Inc.'s intentional negligence by failing to investigate, verify and respond to Plaintiff's numerous requests.

## PARTIES

1.      Plaintiff is a resident of West Jordan, Utah, located in Salt Lake County.

2.      Defendant Equifax Inc. ("Equifax") is an American multinational consumer credit reporting agency headquartered in Atlanta, Georgia.

3.      Defendant Equifax is one of the three largest consumer credit reporting agencies, which collects and aggregates information on over 800 million individual consumers and more than 88 million businesses worldwide.

4.      In addition to credit and demographic data and services to business, Equifax sells credit monitoring and fraud prevention services directly to consumers.

5.      Defendant Equifax operates and conducts business in Utah.

6.      Does 1-5 represent Defendants that are unknown at the time of filing this complaint but may be liable for damages alleged herein.

## JURISDICTION, VENUE AND TIER

7.      This is a civil case with subject matter jurisdiction being conferred upon the Court by Utah Code Ann. § 78A–5–102(2).

8.      Venue is proper under Utah Code Ann. § 78B–3–307 and § 78B–3–205.

9.      Based on the damages alleged by Plaintiff in this action, notwithstanding any punitive damages which might be assessed, this matter qualifies for Tier 1 discovery.

## GENERAL ALLEGATIONS

10.     Plaintiff refers to and incorporates by reference the preceding paragraphs as if fully set forth herein.

2

11.    In early 2024, while reviewing his credit status, Plaintiff noticed a significant drop in his credit score, as reported by Equifax.

12.    Upon further review, Plaintiff observed numerous items that contained negative treatment of claims, as reported by Equifax.

13.    Many of the negative claims reported by Equifax were either unsubstantiated, unverified, or simply incorrect.

14.    Plaintiff, recognizing the errors being reported by Equifax, sent written correspondence to Equifax on or about 7/19/2024 questioning and disputing claims being reported and given negative treatment. *See* First Letter to Equifax, attached hereto as "Exhibit A."

**First Letter**

15.    Plaintiff, in his first correspondence to Equifax, began by attempting to clarify an error with an address reported, one that was contained within a list of addresses believed to be known addresses of Plaintiff, but one which Plaintiff had actually never resided.

16.    Next, Plaintiff identified eight (8) accounts that he disputed due to the information being either incorrect, invalid, or containing mistakes. The eight accounts stem from the following vendors:

- Ford Motor Company
- Ford Motor Company
- Navy Federal Credit Union
- Pentagon Federal Credit Union
- Pentagon Federal Credit Union
- Sheffield Financial
- Pentagon Federal Credit Union
- Bank of the West

17.    Then, Plaintiff identified and disputed the following collection accounts that were deemed to be in error.

- Portfolio Recovery
- Portfolio Recovery
- LVNV Funding LLC

- LVNV Funding LLC
- Paramount Recovery Services

18.    Plaintiff, in sending the first letter to Equifax, was careful to use his current address, one by which Equifax recognized to be Plaintiff's current address.

19.    Plaintiff sent the first letter to Equifax via certified mail. See "Exhibit A."

20.    The first letter to Equifax was received on 7/24/2024 by James McKellar, an individual known to be an employee of Equifax.

21.    Plaintiff never received any response to his first letter to Equifax requesting to have the information reviewed and verified.

**Second Letter**

22.    Plaintiff, determined to contact Equifax regarding the errors being reported by Equifax, sent his second written correspondence to Equifax on or about 10/29/2024, again questioning and disputing claims being reported and given negative treatment. *See* Second Letter to Equifax, attached hereto as "Exhibit B."

23.    The second letter to Equifax referenced the prior first letter sent, which had been sent on 7/19/2024 and received on 7/24/2024, again by James McKellar. *See* "Exhibit B."

24.    Plaintiff never received a response to his second letter to Equifax requesting to have the information reviewed and verified.

**Third Letter**

25.    At this juncture, Plaintiff sought relief through legal counsel, who, on limited representation, prepared and sent a third letter to Equifax regarding the matter. *See* Third Letter to Equifax, attached hereto as "Exhibit C."

4

26.     The third letter to Equifax, prepared and sent by counsel, was titled "Notice of Dispute; Notice of Intent to Sue."

27.     The third letter to Equifax referenced and outlined everything contained in the first and second letters.

28.     Further, it identified the eight (8) accounts that Plaintiff disputed due to the information being either incorrect, invalid, or containing mistakes.

29.     The third letter also identified and disputed collection accounts that were deemed to be in error.

30.     The third letter to Equifax was sent by counsel on 12/12/2024, and referenced a 15-day period, after receipt of the letter, for Equifax to respond and/or remove the negative reporting to Plaintiff's credit.

31.     Well more than 15-days has passed and Equifax has failed to remove the negative reporting and/or to respond to counsel's third letter sent.

32.     Counsel's letter to Equifax included an email to which counsel could be reached, should the expiration of time had become an issue.

33.     To date, counsel has neither received a written response by regular mail nor a response by email from Equifax.

## CLAIM FOR RELIEF

34.     Plaintiff refers to and incorporates by reference the preceding paragraphs as if fully set forth herein.

35.     The Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, is a federal law that regulates the consumer reporting industry.

36.     The FCRA's purpose is to ensure that consumer information is reported accurately, fairly, and in a timely manner.

37.     The FCRA also protects the privacy of personal information collected by consumer reporting agencies (CRAs).

38.     Equifax clearly fits into the consumer reporting industry to which the Act intends to regulate and protect consumers.

39.     In addition to strict federal laws protecting consumers from inaccurate and unverified reporting, states have also enacted laws or promulgated rules intended to protect consumer from the same unfair or inequitable treatment as the federal law.

40.     Under Utah Admin. Code R152-21, a rule that governs credit services organizations, sets forth consumer protections and clearly defines the types of misreporting and mistreatment that the rule intends to protect consumers from.

**Utah Admin. Code R152-21-3 - Definitions**

**(1) "Challenge"** means any act performed by a credit services organization to dispute an entry appearing on the buyer's credit report.

**(2) "Credit report"** means any document prepared by a credit reporting agency used to demonstrate a buyer's credit-worthiness, credit standing, or credit capacity.

**(3) "Inaccurate information"** means data that includes a typographical error or similar clerical or technical fault that creates reasonable doubt about the data's reliability.

**(4) "Material error"** means false or misleading information on a buyer's credit report that could reasonably affect a decision to extend or deny credit to the buyer.

**(5) "Material omission"** means information that: (a) should appear on a buyer's credit report but does not; and (b) could reasonably affect a decision to extend or deny credit to the buyer.

**(6) "Outdated information"** means information that, in accordance with state or federal law, should not appear on the buyer's credit report because of its age.

**(7) "Unverifiable information" means an entry on a credit report that lacks supporting evidence sufficient to convince a reasonable person that the entry is proper.**

41.     By failing to respond to three (3) letters sent by Plaintiff and proven to be received by Equifax, Defendant Equifax has failed to follow the protections set forth in both federal law and state administrative rules.

42.     Therefore, Equifax has committed intentional negligence by failing to review, correct, or respond to Plaintiff's inquiries.

43.     Plaintiff has incurred monetary damages in the form of bad credit, no credit, denied loans and credit applications, as well as demonstrated intentional negligence by not properly reporting, investigating, or addressing disputes.

## PRAYER FOR RELIEF

WHEREFORE, the time for Equifax to respond has now passed and Plaintiff has incurred, and continues to incur, damages as a result of Equifax's failure to follow requirements and procedures as set forth in federal and state law. Plaintiff demands judgment against Defendant for damages as follows:

A.      Intentional Negligence by Equifax in its failure to investigate and respond to three (3) letter and requests from Plaintiff. For judgment against Equifax in the form of credit repair, monetary compensation and damages incurred by Plaintiff as a result of Equifax's failure, and punitive damages or fines against Equifax as the court sees fit to award.

B.      For all attorney fees, court costs, and other amounts leading up to and spent in bringing this action.

C.      Under all claims for relief, for such other and further relief as the Court deems appropriate.

7

DATED this __13__ day of January 2025.

Bryan K. Hawker
Pro se

Address for Plaintiff
8928 S. Black Pine St.
West Jordan, Utah 84088

# EXHIBIT A

**Bryan Hawker**
**8928 Black Pine Street**
**West Jordan, UT 84088**
**702-610-8248**

Date 07/10/2024

TO: Equifax
P.O. Box 740241
Atlanta, GA 30374-0241

RE: Disputed Information Below:

Equifax, all the following items I have disputed in full, please investigate these accounts and send back your results within the 30 days which is allowed by law.

1. Address Reported: I dispute the following address 5905 Zina Circle West Valley, Utah 82128. I HAVE NEVER LIVED AT THIS ADDRESS OR EVER ASSOCIATED WITH THIS ADDRESS.

2. Account 1. Ford Motor Company CO: I dispute this entire account in full. I dispute the payment history in full: I have never been late on any payments to Ford Motor Company. Please respond with the following:

   Person Contacted_____ Phone Number_____ Date_____

3. Account 2. Ford Motor Company CO: I dispute this entire account in full. I dispute the payment history in full: I have never been late on any payments to Ford Motor Company. Please respond with the following:

   Person Contacted_____ Phone Number_____ Date_____

4. Navy federal Credit Union: I dispute this entire account in full. I dispute the payment history in full: No payments have ever been late Navy Federal Credit Union. Please respond with the following:

   Person Contacted_____ Phone Number_____ Date_____

5. Account 1. I dispute this entire account in full. Pentagon Federal Credit Union: I dispute the payment history in full: I have never been late on any payments to Pentagon Federal Credit Union. Please respond with the following:

   Person Contacted_____ Phone Number_____ Date_____

6. Account 2. Pentagon Federal Credit Union: I dispute this entire account in full. I dispute the payment history in full: I have never been late on any payments to Pentagon Federal Credit Union. Please respond with the following:

   Person Contacted_____ Phone Number_____ Date_____

7. Sheffield Financial: I dispute this entire account in full. I dispute the payment history in full: I have never been late on any payments to Sheffiled Financial. Please respond with the following:

   Person Contacted_____ Phone Number_____ Date_____

8. Account 3. Pentagon Federal Credit Union: I dispute this entire account in full. I dispute the payment history in full: I have never been late on any payments to Pentagon Federal Credit Union. Please respond with the following:

   Person Contacted_____ Phone Number_____ Date_____

9. Bank of The West: I dispute this entire account in full. I dispute the payment history in full: I have never been late on any payments to Bank of the West. Please respond with the following:

   Person Contacted_____ Phone Number_____ Date_____

Please Respond to the following Collection Accounts:

1. Portfolio Recovery: I have no knowledge of this account. Please investigate and remove it from my credit report.

   Person Contacted_____ Phone Number_____ Date_____

2. Portfolio Recovery: I have no knowledge of this account. Please investigate and remove it from my credit report.

   Person Contacted_____ Phone Number_____ Date_____

3. LVNV Funding LLC: I have no knowledge of this account. Please investigate and remove it from my credit report.

Person Contacted_____ Phone Number_____ Date_____

4. LVNV Funding LLC: I have no knowledge of this account. Please investigate and remove it from my credit report.

Person Contacted_____ Phone Number_____ Date_____

5. Paramount Recovery Services: I have no knowledge of this account. Please investigate and remove it from my credit report.

Person Contacted_____ Phone Number_____ Date_____

This information must be investigated and respond to me directly with the appropriate information as requested above. If you fail to respond to this information, it must be deleted from my credit profile. If you fail to do so Equifax will be liable for every account according to State and Federal Laws not to exceed $5000 per account. Equifax will be liable for damages as well.

Look forward to your response,

Sincerely,

Bryan Hawker





B

10/26/24, 5:54 PM                                USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**                                                    Remove ✕

# 70212720000343149094

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 12:57 pm on July 24, 2024 in ATLANTA, GA 30348.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

ATLANTA, GA 30348
July 24, 2024, 12:57 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

USPS.com® - USPS Tracking® Results

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT B

Bryan Hawker
8928 Black Pine Street
West Jordan, UT 84088
702-610-8248

Date 10/25/2024

TO: Equifax
P.O. Box 740241
Atlanta, GA 30374-0241

TO: Utah State Attorney General Office
350 North State Street Suite 230
SLC UT 84114-2320

TO: ATTORNEY KEITH N HAMILTON
TO: ATTORNEY MATTHEW K BROADBENT

RE: Disputes Sent on July 15, 2024

To Whom It May Concern:

I sent a detailed dispute to Equifax on July 19, 2024, it was received on July 24, 2024, and signed by James Mckellar employee of Equifax. Please see attachment A. I disputed all inaccurate information as follows in my credit report. Utah Law states all information disputed must be removed from my credit profile within 30 days, because you failed to answer any of my disputes.

Equifax failed to respond to any of my disputes, I followed all laws and sent everything certified mail with the following tracking number (USPS TRACKING 7021 2720 0003 4314 9094) and signed by James Mckellar, employee of Equifax.

If you fail to remove said information, Equifax will be liable for each disputed account on my credit profile in the amount of not less than $1,000 but no more than $5,000 per account. Per Utah State Law.

The following item according to Utah State Law are as follows: Utah Code R152-21-3

Section R152-21-3 - Definitions

(1) "Challenge" means any act performed by a credit services organization to dispute an entry appearing on the buyer's credit report.

(2) "Credit report" means any document prepared by a credit reporting agency used to demonstrate a buyer's creditworthiness, credit standing, or credit capacity.

(3) "Inaccurate information" means data that includes a typographical error or similar clerical or technical fault that creates reasonable doubt about the data's reliability.

(4) "Material error" means false or misleading information on a buyer's credit report that could reasonably affect a decision to extend or deny credit to the buyer.

(5) "Material omission" means information that: (a) should appear on a buyer's credit report but does not; and (b) could reasonably affect a decision to extend or deny credit to the buyer.

(6) "Outdated information" means information that, in accordance with state or federal law, should not appear on the buyer's credit report because of its age.

(7) "Unverifiable information" means an entry on a credit report that lacks supporting evidence sufficient to convince a reasonable person that the entry is proper.
*Utah Admin. Code R152-21-3*

I have spoken with Attorney Keith N Hamiton as well as Matthew K Broadbent about this matter, I also have contacted the Utah State Attorney General's Office, they are ready to pursue this matter if necessary.

I will give you the required 30 days through State and Federal Laws to remove all disputed information attached to this letter that was certified to Equifax and signed by James Mckellar an employee of Equifax on July 25, 2024.

I will require Equifax to notify me by mail before the 30 days required by law. If Equifax fails to do so I will be filing with all legal entities as listed above.

Govern Yourselves Accordingly,

Bryan K Hawker



Retail

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, UT 84780
OCT 29, 2024

30374

**$11.82**

R2304M112982-05

RDC 99

CERTIFIED MAIL

7021 2720 0003 4314 5445

Bryan Hawker
8928 Black Pine Street
West Jordan, Utah 84088

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX
P.O. BOX 740241
Atlanta, GA 30874-0241

9590 9402 6287 0274 2180 78

7021 2720 0003 4314 9445

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

James McKellar  8-6-2024

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**USPS TRACKING #**

9590 9402 6287 0274 2180 78

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Bryan Hawker
8928 Black Pine Street
West Jordan, Utah 84088



U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee    $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage    $2.87

Total Postage and Fees

Sent To    EQUIFOX

Street and Apt. No., or PO Box No.    P.O. Box 740241

City, State, ZIP+4    ATlanta GA 30374-0241

10/29/2024

PS Form 3800    See Reverse for Instructions

7021 2720 0003 4334 4445

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70212720000343149445

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 9:42 am on November 5, 2024 in ATLANTA, GA 30304.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

ATLANTA, GA 30304
November 5, 2024, 9:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌃ |
|---|---|

11/7/24, 4:10 PM                           USPS.com® - USPS Tracking® Results

| Postal | Features: | See tracking for related item: 9590940262870274218078 |
|---|---|---|
| **Product:** | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940262870274218078) |
| First- | | |
| Class | | |
| Mail® | | |

**See Less ⌃**

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT C

# Matthew K. Broadbent-Attorney at Law

December 5, 2024

Equifax Information Services
P.O. Box 740256
Atlanta, GA 30374-0256

Equifax Disclosure Department
P.O. Box 740241
Atlanta, GA 30374

Utah Attorney General's Office
350 North State Street
Suite 230
Salt Lake City, UT 84114-2320

Utah Dept of Financial Institutions
P.O. Box 146800
Salt Lake City, UT 84114-6800

Division of Consumer Protection
State of Utah Department of
Commerce
PO Box 146704
Salt Lake City, UT 84114-6704

### NOTICE OF DISPUTE; NOTICE OF INTENT TO SUE

Re:  **Equifax Improper Reporting, Failure to Follow Proper
Procedures, Failure to Comply with Utah Law**

To Equifax and Other Parties With Whom This May Concern:

I am representing Mr. Hawker as legal counsel in this matter concerning the
negative treatment of claims that were reported, and continue to appear, on his
credit report. As you can imagine, negative reporting to one's credit report can
have devastating effects on one's credit score, purchasing power and many other
aspects in life where credit scores are taken into consideration. In Mr. Hawker's
situation, many of the negative claims were either unsubstantiated, unverified, or
simply incorrect.

Under general credit reporting rules, an individual ("debtor") can question or
dispute claims that were reported and given negative treatment. Mr. Hawker sent
written correspondence to Equifax on 7/19/2024 identifying specific accounts and
disputing them in full. ***Equifax did not respond within 30 days***, nor did they

308 West 350 South
Ivins, Utah 84738
matt@consultingalliancegroupinc.com

respond at all to the request. Mr. Hawker reached out a second time and sent written correspondence to Equifax through certified mail, which was delivered on 11/5/2024 and received the next day by James McKellar, presumably an agent for Equifax. See attached documents.

In his correspondence, Mr. Hawker first clarified an error with an address where he had never resided. Then, he identified eight accounts that he disputed due to the information being either incorrect, invalid or containing mistakes. The eight accounts stem from the following vendors:

- Ford Motor Company
- Ford Motor Company
- Navy Federal Credit Union
- Pentagon Federal Credit Union
- Pentagon Federal Credit Union
- Sheffield Financial
- Pentagon Federal Credit Union
- Bank of the West

Mr. Hawker also identified and disputed the following collection accounts that he deemed to be in error.

- Portfolio Recovery
- Portfolio Recovery
- LVNV Funding LLC
- LVNV Funding LLC
- Paramount Recovery Services

Mr. Hawker never received any response to his two (2) requests to have the information reviewed and verified. The only conclusion can be that Equifax did not review the foregoing accounts and collection accounts. The time for Equifax to respond has now passed and Mr. Hawker has incurred, and continues to incur, damages as a result of Equifax's failure to follow requirements and procedures as set forth in state and federal law.

Mr. Hawker is asking for the immediate removal of negative reporting by Equifax on the foregoing accounts and collection accounts within 15 days of the receipt of this letter. Should there be no response or action by Equifax, Mr. Hawker will move forward in seeking damages and relief in this matter.

Best regards,

*Matthew K. Broadbent*
*Attorney at Law*
matt@consultingalliancegroupinc.com

---

As an attorney representing Mr. Hawker, I'm authorized to discuss such matters as the damages associated with it. You will note the following authorization signed by Mr. Hawker and it should be retained as part of your record.

I, **Bryan Hawker**, authorize the release of any, and all information, written or otherwise, pertaining to my claim with Equifax and matters associated with the claim(s), and to do so both verbally and in writing, to Matthew K. Broadbent, Attorney at Law. This authorization shall remain in place until cancellation of such is made in writing.

Bryan Hawker

3

RDC 99

S2S23W5O1086-02

**Retail**

U.S. POSTAGE PAID
FCM LG ENV
HURRICANE, UT 84737
DEC 12, 2024

$11.26

30374

CERTIFIED MAIL

7021 2720 0003 4334 5460

Bryan Hawker
8928 Black Pine Street
West Jordan, Utah 84088

Equifax
P.O. Box 740241
Atlanta, GA 30374-0241

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 740241
Atlanta, GA 30374-0241

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    □ Yes
   If YES, enter delivery address below:         □ No

7720 0003 4334



1/3/25, 9:20 PM                                         USPS.com® - USPS Tracking® Results

ALERT: USPS WILL RESUME MAIL SERVICE TO CANADA ON MONDAY, JANUARY 6, 2025. REA...

# USPS Tracking®

FAQs **>**

Remove **✕**

**Tracking Number:**

# 70212720000343149490

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 12:30 pm on December 26, 2024 in ATLANTA, GA 30348.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
ATLANTA, GA 30348
December 26, 2024, 12:30 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    **⌄**

USPS Tracking Plus®                                     **⌄**

Product Information                                      **⌄**

See Less **⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## Utah District Court Cover Sheet for Civil Actions (Not for Probate and Domestic Relations Cases)

**Interpretation.** If you do not speak or understand English, the court will provide an interpreter. Contact court staff immediately to ask for an interpreter.

**Interpretación.** Si usted no habla ni entiende el Inglés el tribunal le proveerá un intérprete. Contacte a un empleado del tribunal inmediatamente para pedir un intérprete.

**Plaintiff/Petitioner** (First)
Name: Bryan Hawkher
Address: 8928 S Black Pine Street
City, State, Zip: West Jordan Ut 84088
Phone: 702-610-8248    Email: BryanHawker@gmail.com

**Defendant/Respondent** (First)
Name: Equifox Inc.
Address: PO Box 740241
City, State, Zip: Atlanta CA 30374-0241
Phone: 888-378-4329    Email:

**First Plaintiff/Petitioner's Attorney or Licensed Paralegal Practitioner***
Name:
Bar Number:

**First Defendant/Respondent's Attorney or Licensed Paralegal Practitioner***
Name:
Bar Number:

**Plaintiff/Petitioner** (Second)
Name:
Address:
City, State, Zip:
Phone:    Email:

**Defendant/Respondent** (Second)
Name:
Address:
City, State, Zip:
Phone:

**Second Plaintiff/Petitioner's Attorney or Licensed Paralegal Practitioner***
Name:
Bar Number:

**Second Defendant/Respondent's Attorney or Licensed Paralegal Practitioner***
Name:
Bar Number:

*Attorney or LPP addresses provided by Utah State Bar.

**Total Claim for Damages $** 9,999    **Jury Demand** [ ]Yes [x]No    $250 [ ] Jury Demand

**Schedule of Fees: §78A-2-301** (Choose all that apply. See Page 2 for fees for claims other than claims for damages.)

**CHOOSE ONE:**
- [ ] No monetary damages are requested (URCP 26: Tier 2)
- [x] Damages requested are $50,000 or less (URCP 26: Tier 1)
- [ ] Damages requested are more than $50,000 and less than $300,000 (URCP 26: Tier 2)
- [ ] Damages requested are $300,000 or more (URCP 26: Tier 3)
- [ ] Domestic relations (URCP 26: Tier 4)
- [ ] Damages are unspecified.
  Circle one: Tier 1    Tier 2    Tier 3
- [ ] This case is exempt from URCP 26. (E)

— — **MOTION TO RENEW JUDGMENT** — —
$45    [ ] Damages $2000 or less

$100    [ ] Damages $2001 - $9,999
$187.50    [ ] Damages $10,000 & over
— — **COMPLAINT OR INTERPLEADER** — —
$90    [ ] Damages $2000 or less
$200 [x] Damages $2001 - $9999
$375    [ ] Damages $10,000 & over
$375    [ ] Damages Unspecified
— — **COUNTERCLAIM, CROSS CLAIM, THIRD PARTY CLAIM, OR INTERVENTION** — —
$55    [ ] Damages $2000 or less
$165    [ ] Damages $2001 - $9999
$170    [ ] Damages $10,000 & over
$170    [ ] Damages Unspecified

**Choose One**

| Fee | | Case Type |
|---|---|---|
| | | — — — — — APPEALS — — — — — |
| $375 | [ ] | Administrative Agency Review |
| Sch | [ ] | Tax Court (Appeal of Tax Commission Decision) Court: Refer to Clerk of Court upon filing. |
| $240 | [ ] | Civil (78A-2-301(1)(h)) (E) |
| $240 | [ ] | Small Claims Trial De Novo (E) |
| $80 | [ ] | Municipal Admin. Determination. (E) |
| | | — — — — GENERAL CIVIL — — — — |
| Sch | [ ] | Civil Rights |
| $0 | [ ] | Civil Stalking (E) |
| $375 | [ ] | Condemnation/Eminent Domain |
| Sch | [ ] | Contracts |
| Sch | [ ] | Contract: Employment Discrimination |
| Sch | [ ] | Contract: Fraud |
| Sch | [ ] | Debt Collection |
| $375 | [ ] | Essential Treatment Intervention (26B-5-503) |
| Sch | [ ] | Eviction/Forcible Entry and Detainer (E) |
| $375 | [ ] | Extraordinary Relief/Writs |
| $375 | [ ] | Forfeiture of Property (E) |
| Sch | [ ] | Interpleader |
| Sch | [ ] | Lien/Mortgage Foreclosure |
| Sch | [ ] | Miscellaneous Civil |
| $375 | [ ] | Post Conviction Relief: Capital (E) |
| $375 | [ ] | Post Conviction Relief: Non-capital (E) |
| Sch | [ ] | Property Rights |
| $375 | [ ] | Registry Removal (Gun/White Collar) |
| Sch | [ ] | Sexual Harassment |
| Sch | [ ] | Water Rights |
| $375 | [ ] | Wrongful Lien |
| Sch | [ ] | Wrongful Termination |
| | | — — — — — — TORTS — — — — — — |
| Sch | [ ] | Automobile Tort |
| Sch | [ ] | Intentional Tort |
| Sch | [ ] | Malpractice-Medical Tort |
| Sch | [ ] | Malpractice-Legal Tort; Other |
| Sch | [ ] | Premises Liability |
| Sch | [ ] | Asbestos |
| Sch | [ ] | Product Liability (NOT Asbestos) |
| Sch | [ ] | Slander/Libel/Defamation |
| | | — — — — DOMESTIC RELATIONS — — — — |

Use the **Utah District Court Cover Sheet for Domestic Relations Cases for the following:** Protective Orders, Marriage Adjudication, Divorce/Annulment, Custody/Visitation/Support, Counterclaim: Divorce/Separate Maintenance, Counterclaim: Custody/Visit/Support, Counterclaim: Paternity/Grandparent Visitation, Domestic Modification, Counter-petition: Domestic Modification, Grandparent Visitation, Paternity/Parentage, Separate Maintenance, Temporary Separation, Uniform Child Custody Jurisdiction & Enforcement Act (UCCJEA), Uniform Interstate Family Support Act (UIFSA), Expungement Petition – Protective Order

| Fee | | Case Type |
|---|---|---|
| | | — — — — — JUDGMENTS — — — — — |
| $35 | [ ] | Foreign Judgment (Abstract of) (E) |
| $375 | [ ] | Foreign Country Judgment (E) |
| $50 | [ ] | Abstract of Judgment/Order of Utah Court/Agency (E) |
| $30 | [ ] | Abstract of Judgment/Order of Utah State Tax Commission (E) |
| $35 | [ ] | Judgment by Confession (E) |
| | | — — — — — PROBATE — — — — — |

Use the **Utah District Court Cover Sheet for Probate Actions for the following:**

Adoptions/foreign adoptions; conservatorships; estate personal rep; foreign probate; gestational agreements; guardianships; minor's settlements; name changes; supervised administration cases; trusts; other probate actions

| Fee | | Case Type |
|---|---|---|
| | | — — — — SPECIAL MATTERS — — — — |
| $35 | [ ] | Arbitration Award (E) |
| $0 | [ ] | Determination Competency-Criminal (E) |
| $150 | [ ] | Expungement Petition - Criminal (E) |
| $150 | [ ] | Expungement Petition – Eviction (E) |
| $0 | [ ] | Expungement Petition - Civil Protective Order/Civil Stalking Injunction (E) |
| $0 | [ ] | Hospital Lien (E) |
| $35 | [ ] | Judicial Approval of Document: Not Part of Pending Case (E) |
| $35 | [ ] | Notice of Deposition in Out-of-State Case/Foreign Subpoena (E) |
| $35 | [ ] | Open Sealed Record (E) |
| $50 | [ ] | Petition for Adjudication of Priority to Funds on Trustee's Sale |
| | | — — — — — — —OCAP — — — — — — — — |
| | | (Utah Code §78A-2-501) |
| $20 | [ ] | Documents prepared using Online Court Assistance Program (OCAP) |

FILED DISTRICT COURT
Third Judicial District

JAN 13 2025

Salt Lake County

By:_____
Deputy Clerk

Bryan K Hawker
Address for Plaintiff
8928 S. Black Pine St.
West Jordan, Utah 84088

> **If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.**

*Pro Se*

---

## IN THE THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| BRYAN K. HAWKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INC.; and DOES 1 through 5, inclusive, <br><br> Defendants. | **SUMMONS** <br><br> Civil No. 250900245 <br><br> Judge: Adam Mow |

THE STATE OF UTAH TO THE FOLLOWING DEFENDANT(S):

**EQUIFAX INC.**

You are summoned and required to answer the attached Complaint that has been filed against you. Within 21 days after service of this summons, you must file your written answer with the clerk of the court at the following address: Matheson Courthouse 450 South State St., P.O. Box 1860, Salt Lake City, UT 84114-1860, and you must mail a copy to the address listed below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the Complaint. The Complaint is attached hereto.

DATED this _13_ day of January 2025.

Bryan K. Hawker
Pro se

Address for Plaintiff
8928 S. Black Pine St.
West Jordan, Utah 84088

Served for Jay Weaver
Private Investigator G102341
PO Box 538 Sandy, UT 84091
801-571-7211
Date Served __1 / 17 / 25__
Time Served __0530a__
By _____

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer.

Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta.

**Deadline!**
Your Answer must be filed with the court and served on the other party **within 21 days** of the date you were served with this Summons.

**¡Fecha límite para contestar!**
Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio.

If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story.

Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos.

**Read the complaint/petition**
The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully.

**Lea la demanda o petición**
La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente.

**Answer the complaint/petition**
You must file your Answer in writing with the court **within 21 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans

Scan QR code to visit page

**Cómo responder a la demanda o petición**
Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span

Para accesar esta página escanee el código QR

**Serve the Answer on the other party**
You must email, mail or hand deliver a

**Entrega formal de la respuesta a la otra parte**

**Bilingual Notice to Responding Party for In-State Summons** (for compliance with URCP 4)

copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons.

Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio.

**Finding help**

The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.



Scan QR code to visit page

**Cómo encontrar ayuda legal**

Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.

Para accesar esta página escanee el código QR



An Arabic version of this document is available on the court's website:

نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت:. وجد utcourts.gov/arabic

A Simplified Chinese version of this document is available on the court's website:

本文件的简体中文版可在法院网站上找到：
utcourts.gov/chinese



请扫描QR码访问网页

A Vietnamese version of this document is available on the court's website:

Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:
utcourts.gov/viet



Xin vui lòng quét mã QR (Trả lời nhanh)để viếng trang



**JAY WEAVER**
PRIVATE INVESTIGATOR #G102341
PO Box 538, Sandy, Utah 84091
Tel: (801)571-7211   srjw@hotmail.com

STATE OF UTAH                                                          RECEIVED: ___1-14-___ 2025

RETURN OF SERVICE FOR SERVICE OF PROCESS IN THE STATE OF UTAH          CLIENT: _B K H_

**********************************************************************************

CERTIFICATE OF SERVICE

Served _____ Equifax Inc. _____

and _____

at ___15 W. South Temple #600 SLC, UT___

with: (SUMMONS AND COMPLAINT)        SUMMONS AND COMPLAINT        MOTION AND ORDER IN
      AFFIDAVIT AND ORDER            W/ BILINGUAL NOTICE          SUPPLEMENTAL PROCEEDINGS
      AFFIDAVIT AND SUMMONS          SUBPOENA                     OTHER_____

THE UNDERSIGNED PERSON HEREBY CERTIFIES:

I hereby make return of service and certify that I am qualified to serve civil process in the State of Utah. I am a licensed private investigator or a citizen of the United States of America over the age of 18, and not a party to this action. I served the attached process in the manner indicated below and I endorsed the date and time of service and my name on each copy so served.

( ) Personally, by leaving and delivering a copy to the above named individual in person:_____

(X) Substitute service at the address listed above, by leaving and delivering a copy to the following described person who to my best knowledge and belief is

_____

residing at that address, which to my best knowledge and belief is the usual place of abode of that defendant.

(X) I did serve an agent appointed by law or statue to accept service of process: _____ Registered Agent
Carson Lambert - of Prentice Hall - Registered Agent

SERVICE FEE        :   $ 20⁰⁰                Date of service: ___1/17___ 2025

2ND SERVICE FEE    :   $_____                Pursuant to the Utah code 78B-5-705, I declare
                                            under criminal penalty of the State of Utah
MILEAGE            :   $ 5                   the foregoing is true and correct.
  MILES_____
  TRIPS_____

2ND ADDRESS        :   $_____

                                            NAME
                                            SIGNATURE
TOTAL              :   $ 25⁰⁰               EXECUTED: ___1/17___ 2025
NOTES:**********************************************************************************

**Formation Date:**

02/13/2024

**Renew By Date:**

02/28/2026

**Formation Effective Date:**

02/13/1924

**Last Renewed Date:**

01/03/2025

## REGISTERED AGENT INFORMATION

**Name:**

PRENTICE-HALL CORPORATION SYSTEM, INC., THE

**Registered Agent Type:**

Entity

**Entity Number:**

586008-0143 (/BusinessSearch/BusinessInformation?businessId=586008&Source=fromFormation)

**Status:**

Active

**Street Address:**

15 WEST SOUTH TEMPLE, SUITE 600, Salt Lake City, UT, 84101, USA

**Last Updated:**

1/3/2025 12:41:44 PM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Director | MARK W. BEGOR | 1550 Peachtree Street NW, ATLANTA, GA, 30309, USA | 01/03/2025 |
| Treasurer | MICHAEL GABE BONFIELD | 1550 Peachtree Street NW, ATLANTA, GA, 30309, USA | 01/03/2025 |
| Director | MARK L. FEIDLER | 1550 Peachtree Street NW, ATLANTA, GA, 30309, USA | 01/03/2025 |

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

EQUIFAX INC.

**Assumed Name:**

N/A

**Domicile Name:**

N/A

**Jurisdiction:**

GA

**Entity Type:**

Foreign Business Corporation

**Entity Number:**

555620-0143

**Entity Subtype:**

Foreign Corporation

**Entity Status:**

Active

**Profession:**

N/A

**Entity Status Details:**

Current

**Status Date:**

01/03/2025

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

EQUIFAX INFORMATION SERVICES, LLC

**Assumed Name:**

N/A

**Domicile Name:**

N/A

**Jurisdiction:**

GA

**Entity Type:**

Foreign Limited Liability Company

**Entity Number:**

4932688-0161

**Entity Subtype:**

Foreign Limited Liability Company

**Entity Status:**

Active

**Profession:**

N/A

**Entity Status Details:**

Current

**Status Date:**

09/26/2024

*[Handwritten notes: "R/A CSC", "Equifax Inc.", "R/A Prentice-Hall"]*

**Formation Date:**

06/06/2001

**Renew By Date:**

06/30/2025

**Formation Effective Date:**

06/06/2001

**Last Renewed Date:**

05/22/2024

## REGISTERED AGENT INFORMATION

**Name:**

CORPORATION SERVICE COMPANY

**Registered Agent Type:**

Entity

**Entity Number:**

0 (/BusinessSearch/BusinessInformation?businessId=0&Source=fromFormation)

**Status:**

Active

**Street Address:**

15 WEST SOUTH TEMPLE, SUITE 600, Salt Lake City, UT, 84101, USA

**Last Updated:**

9/13/2024 9:22:44 PM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Manager | LISA STOCKARD | 1550 PEACHTREE STREET NE, ATLANTA, GA, 30309, USA | 09/13/2024 |

**Page 1 of 1, records 1 to 1 of 1**

## ADDRESS INFORMATION

**Physical Address:**

1550 PEACHTREE ST NE, ATLANTA, GA, 30309, USA

**Updated Date:**

9/13/2024 8:42:59 PM

**Mailing Address:**

**Updated Date:**

## SERVICE OF PROCESS INFORMATION

**Service of Process Name:**

EQUIFAX INFORMATION SERVICES, LLC

**Last Updated:**

9/13/2024 8:42:59 PM:

**Service of Process Address:**

1550 PEACHTREE ST NE, ATLANTA, GA, 30309, USA

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results

THIRD JUDICIAL DISTRICT – SALT LAKE COUNTY DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH

BRYAN HAWKER vs. EQUIFAX INC

CASE NUMBER 250900245 Miscellaneous
---

CURRENT ASSIGNED JUDGE
        ADAM MOW

PARTIES
        Plaintiff – BRYAN HAWKER

        Defendant – EQUIFAX INC

ACCOUNT SUMMARY
                Total Revenue Amount Due:        200.00
                        Amount Paid:             200.00
                        Amount Credit:             0.00
                        Balance:                   0.00
        REVENUE DETAIL – TYPE: COMPLAINT 2K-10K
                    Original Amount Due:          200.00
                    Amended Amount Due:           200.00
                        Amount Paid:              200.00
                        Amount Credit:              0.00
                        Balance:                    0.00

CASE NOTE

PROCEEDINGS
01-13-2025  Case filed by hannahm
01-13-2025  Judge ADAM MOW assigned.
01-13-2025  Filed: Complaint
01-13-2025  Note: Tier initially set to 1
01-13-2025  Fee Account created Total Due: 200.00
01-13-2025  COMPLAINT 2K-10K Payment Received:  200.00
            Note: Code Description: COMPLAINT 2K-10K
01-24-2025  Filed: Summons