Matthew K. Broadbent (UT-9667)
Attorney at Law
308 W. 350 S.
Ivins, Utah 84738
*Tel.* (801) 450-5876
matt@consultingalliancegroupinc.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRYAN K. HAWKER, | |
| Plaintiff, | Case No. 2:25-cv-00089 |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, aka EQUIFAX INC., | **MOTION TO DISMISS WITH PREJEDICE** (Stipulated) |
| Defendant. | Magistrate Judge Daphne A. Oberg |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this lawsuit hereby stipulate and give notice that the case involving Plaintiff Bryan K. Hawker and Defendant Equifax Information Services, LLC, aka Equifax Inc, has been resolved and may be dismissed with prejudice, with the parties to bear their own fees and costs.

Respectfully submitted March 28, 2025

/s/ *Matthew K. Broadbent*
MATTHEWK. BROADBENT

/s/ *Matthew K. Broadbent*   Date: 03/27/25
**Matthew K. Broadbent**
Plaintiff's Attorney

/s/ *Jose A. Abarca*   Date: 03/27/25
(Signed by Matthew K. Broadbent with
 permission of Jose A. Abarca)
**Jose A. Abarca**
POLSINELLI PC
2825 E COTTONWOOD PKWY STE 500
SALT LAKE CITY, UT 84121
Defendant's Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to counsel for all parties that have appeared in this action.

/s/ *Matthew K. Broadbent*
MATTHEW K. BROADBENT